### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL S. PULLUM** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 22-429 |
| | : | |
| **MR. JAMES PENNDOT**<br>and **MS. ELAINE CLERK** | : | |

## ORDER

**AND NOW**, this 4th day of February 2022, upon considering Plaintiff's Motion to proceed *in forma pauperis* (ECF Doc. No. 1), Complaint (ECF Doc. No. 2), consistent with Congress's mandate to screen a Complaint seeking to proceed without paying the filing fees, noting the docket reflects four defendants based on the caption included with Plaintiff's Complaint (ECF Doc. No. 2) but noting the Plaintiff identifies only two defendants, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. The Clerk of Court shall **amend** the docket and caption, as shown above, to reflect the defendants as Mr. James Penndot and Ms. Elaine Clerk

2. Plaintiff's Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 1) is **GRANTED**;

3. The Complaint (ECF Doc. No. 2) is **DEEMED** filed;

4. The Clerk of Court shall <u>not</u> issue Summons until further Order; and,

5. We **DISMISS** the Complaint (ECF Doc. No. 2) without prejudice to Mr. Pullum filing an amended Complaint against an appropriate party with specific facts no later than **March 3, 2022** or we will close this case.

                                                                                   **KEARNEY, J.**